FILED

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

2009 SEP 16 PM 4: 27

U.S. DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS, FLORIDA

UNITED STATES OF AMERICA

v.                                          CASE NO. 2:09-CR-75-FTM-29SPC

JASON BERGIN,
CAREY BERGIN,
JARETT SPRAFKA,
SHANDY ALBERT,
MATTHEW GROSS,
JULIE BECKER,
THERESA MARTINEZ,
ROBERT POWNER, and
SUSAN M. HAMILTON

**MOTION TO SEAL INDICTMENT
AND RELATED DOCUMENTS**

Pursuant to Fed. R. Crim. P. 6(e)(4), and in the interests of law enforcement, the United States of America, A. Brian Albritton, United States Attorney for the Middle District of Florida, hereby moves the Court to direct the Clerk to seal the Indictment, the file copy of the warrant(s), defendant information sheet(s), this motion, the Court's order regarding this motion and any other documents filed in this case that would identify the defendant(s). Disclosure of the existence of these documents prior to the arrest of a defendant could hinder or impede arrest efforts.

The United States further moves that the Court direct the Clerk to seal the Indictment in this cause except when necessary to provide certified copies of the Indictment to the United States Attorney's Office.

The United States further requests that the Court's Order allow the United States Marshal's Service to release certified copies of the arrest warrant to the case agent or other appropriate law enforcement and/or to the United States Attorney's Office, upon verbal request of the United States Attorney's Office to the United States Marshal's Service, without further order of the Court.

The United States further requests that the Court's Order allow the United States to disclose the existence of the Indictment in any subsequent search and/or seizure warrants which may be executed in conjunction with the arrest of the defendant(s).

The United States further moves that the Court direct the Clerk to unseal the documents described herein without further order when any named defendant is taken into custody.

<div style="margin-left: 40%;">

Respectfully submitted,

A. BRIAN ALBRITTON
United States Attorney

By: _____
DOUGLAS MOLLOY
Chief Assistant United States Attorney
Bar No. 0316717
2110 First Street, Suite 3-137
Fort Myers, Florida  33901
Telephone:   (239) 461-2200
Facsimile:   (239) 461-2219
E-mail:      douglas.molloy@usdoj.gov

</div>