FILED

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

2009 SEP 16 PM 4: 27

U.S. DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS, FLORIDA

UNITED STATES OF AMERICA

v.                                                    CASE NO. 2:09-cr-75-FtM-29 SPC

JASON BERGIN,
CAREY BERGIN,
JARETT SPRAFKA,
SHANDY ALBERT,
MATTHEW GROSS,
JULIE BECKER,
THERESA MARTINEZ,
ROBERT POWNER, and
SUSAN M. HAMILTON

## ORDER

The Motion to Seal Indictment and Related Documents filed by the United States is hereby GRANTED, and the Clerk of Court is so directed.

The Clerk is further directed to seal the Indictment in this cause except when necessary to provide certified copies of the Indictment to the United States Attorney's Office;

It is further ordered that upon verbal request from the United States Attorney's Office, that the United States Marshal's Service is to release a certified copy of the arrest warrant to the case agent or other appropriate law enforcement and/or to the United States Attorney's Office without further order of the Court.

It is further ordered that the United States may disclose the existence of the

Indictment in any search and seizure warrants to be executed in conjunction with the arrest of the defendant(s).

The Clerk is further ordered to unseal all documents relating to the Indictment without any further Order of the Court when any named defendant is taken into custody.

DONE AND ORDERED at Fort Myers, Florida, this 16th day of September, 2009.

SHERI POLSTER CHAPPELL
United States Magistrate Judge

cc: AUSA
US Marshal

2