FILED

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

2009 SEP 16 PM 4:27

U.S. DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS, FLORIDA

UNITED STATES OF AMERICA

v.

JASON BERGIN,
CAREY BERGIN,
JARETT SPRAFKA,
SHANDY ALBERT,
MATTHEW GROSS,
JULIE BECKER,
THERESA MARTINEZ,
ROBERT POWNER, and
SUSAN M. HAMILTON

CASE NO.  2:09-cr-75 FtM-29SPC
21: 841(a)(1)
21: 841(b)(1)(C)
21: 846
18: 2
21: 853 (Forfeiture)

### INDICTMENT

The Grand Jury charges:

### COUNT ONE

From on or between January, 2008 and July 28, 2009, in Lee and Collier Counties, and elsewhere in the Middle District of Florida, the defendants herein,

JASON BERGIN,
CAREY BERGIN,
JARETT SPRAFKA,
SHANDY ALBERT,
MATTHEW GROSS,
JULIE BECKER,
THERESA MARTINEZ,
ROBERT POWNER, and
SUSAN M. HAMILTON

did knowingly and willfully combine, conspire, and agree with each other and with others known and unknown to the Grand Jury, to possess w/intent to distribute a quantity of a mixture or substance containing a detectable amount of Oxycodone, and

Methadone, Schedule II Controlled Substances, and Alprazolam, a Schedule IV Controlled Substance, in violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(C), 846, and Title 18, United States Code, Section 2.

## COUNT TWO

On or about July 28, 2009, in Lee County, and elsewhere in the Middle District Of Florida, the defendants herein,

**JASON BERGIN, and
CAREY BERGIN**

did knowingly possess with intent to distribute a quantity of a mixture or substance containing a detectable amount of Oxycodone, and Methadone, Schedule II Controlled Substances, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

## FORFEITURES

1.   The allegations contained in Counts One and Two of this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeitures pursuant to the provision of Title 21, United States Code, Section 853.

2.   From their engagement in the violation alleged in Counts One and Two of this Indictment, punishable by imprisonment for more than one year, the defendant,

**JASON BERGIN,
CAREY BERGIN,
JARETT SPRAFKA,
SHANDY ALBERT,
MATTHEW GROSS,
JULIE BECKER,
THERESA MARTINEZ,
ROBERT POWNER, and
SUSAN M. HAMILTON**

shall forfeit to the United States of America, pursuant to Title 21, United States Code, Section 853(a)(1) and (2), all of their interest in:

    a.    Property constituting, or derived from, any proceeds the defendant obtained, directly or indirectly, as a result of such violation;

    b.    Property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, such violation.

3.    If any of the property described above, as a result of any act or omission of the defendant:

    a.    cannot be located upon the exercise of due diligence;

    b.    has been transferred or sold to, or deposited with, a third party;

    c.    has been placed beyond the jurisdiction of the court;

    d.    has been substantially diminished in value; or

    e.    has been commingled with other property which cannot be divided without difficulty,

the United States of America shall be entitled to forfeiture of substitute property under the provision of Title 21, United States Code, Section 853(p).

A TRUE BILL,

_____
Foreperson

9-16-09
_____
Date

A. BRIAN ALBRITTON
United States Attorney

By: _____
Douglas Molloy
Chief Assistant United States Attorney
Trial Counsel

By: _____
Yolande G. Viacava
Assistant United States Attorney
Asset Forfeiture Attorney

FORM OBD-34
APR 1991

No.

# UNITED STATES DISTRICT COURT

Middle District of Florida
Fort Myers Division

THE UNITED STATES OF AMERICA

vs.

JASON BERGIN,
CAREY BERGIN,
JARETT SPRAFKA,
SHANDY ALBERT,
MATTHEW GROSS,
JULIE BECKER,
THERESA MARTINEZ,
ROBERT POWNER, and
SUSAN M. HAMILTON

## INDICTMENT

Violations:

21 U.S.C. § 841(a)(1)
21 U.S.C. § 841(b)(1)(C)
21 U.S.C. § 853 (Forfeiture)

A true bill,

_____
Foreperson

Filed in open court this 16th day

of September, A.D. 2009.

_____
Clerk

Bail $ _____

GPO 863 525