UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA

v.                                                        CASE NO. 2:09-cr-75-FtM-29SPC

JULIE BECKER

### PETITION FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM

The United States of America, by A. Brian Albritton, United States Attorney for the Middle District of Florida, states to the Court as follows:

1. An Indictment is pending in this Court against Julie Becker in the above styled case, and it is necessary to have said defendant appear for her initial appearance, at the United States District Court, 2110 First Street, Fort Myers, Florida 33901.

2. The defendant is now confined in the Collier County Jail at 3301 East Tamiami Trail, Naples, Florida 34101.

3. It is necessary to have said defendant before this Court for the initial appearance hearing as aforesaid.

WHEREFORE, this petitioner prays that this Honorable Court issue a Writ of Habeas Corpus Ad Prosequendum, directing any United States Marshal to proceed to the aforesaid penal institution and there take into custody the body of the said

defendant and have her before this Court to answer to criminal charges pending against her in this cause.

                    Respectfully submitted,

                    A. BRIAN ALBRITTON
                    United States Attorney

By:    *s/ Douglas Molloy*
       DOUGLAS MOLLOY
       Chief Assistant United States Attorney
       Bar No. 0316717
       2110 First Street, Suite 3-137
       Fort Myers, Florida  33901
       Telephone:   (239) 461-2200
       Facsimile:    (239) 461-2219
       E-mail: douglas.molloy@usdoj.gov