# United States District Court

**FILED**

### MIDDLE DISTRICT OF FLORIDA
### FORT MYERS DIVISION

2009 SEP 25 PM 3: 09

UNITED STATES OF AMERICA

v.

JULIE BECKER

**WARRANT FOR ARREST**

U.S. DISTRICT COURT
MIDDLE DISTRICT OF FLORID.
FORT MYERS, FLORIDA

CASE NUMBER: 2:09-cr- 75-FtM- 29 SPC

**To: The United States Marshal
and any Authorized United States Officer**

YOU ARE HEREBY COMMANDED to arrest Julie Becker and bring her forthwith to the nearest

magistrate to answer a(n)

☒ Indictment  ☐ Information  ☐ Complaint  ☐ Order of Court  ☐ Violation Notice  ☐ Probation Violation Petition

charging him with knowingly and willfully combining, conspiring, and agreeing with each other and with others

known and unknown to the Grand Jury, to possess w/intent to distribute a quantity of a mixture or substance

containing a detectable amount of Oxycodone, and Methadone, Schedule II Controlled Substances, and

Alprazolam, a Schedule IV Controlled Substance, in violation of Title 21, United States Code, Sections

841(a)(1), 841 (b)(1)(C), 846 and Title 18, United States Code, Section 2.

| | |
|---|---|
| **Sheryl L. Loesch** | **Clerk, United States District Court** |
| Name & Title of Judicial Officer | Title of Issuing Office |
| | 09/16-2009   FT MYERS FL |
| Signature of Issuing Officer | Date and Location |
| *Kimberly M Arnett* | |
| (By) Deputy Clerk | |

Bail fixed at $ _____     by _____

Name of Judicial Officer

| RETURN | | |
|---|---|---|
| This warrant was received and executed with the arrest of the above-named defendant at | | |
| _____ | | |

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| | Andy far  DUSM | *David Awden* |
| DATE OF ARREST | | |

# THE FOLLOWING IS FURNISHED FOR INFORMATION ONLY.