UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA

vs.                                                             2:09-cr-75-FtM-29SPC

ROBERT POWNER

_____

**ORDER**

This matter comes before the Court on defendant Robert Powner's Motion to Suppress Statements (Doc. #268) filed on July 6, 2010. Earlier today the Court filed an Opinion and Order (Doc. #300) resolving prior motions to suppress filed in this case. Defendant Powner was not arrested at the scene after the search warrant was executed on July 28, 2009, but rather was arrested on September 23, 2009, based upon a federal arrest warrant. (Doc. #186, pp. 25, 203, 273). As stated in the Opinion and Order, this arrest and defendant's post-arrest statements were not tainted by the prior violations of the Fourth Amendment. Defendant's assertion that the content of his statement to law enforcement was unreliable is of no relevance. "In determining whether or not a confession is constitutionally voluntary, the truth or lack thereof of the statement is irrelevant." Parker v. Allen, 565 F.3d 1258, 1280 (11th Cir. 2009) (citing Rogers v. Richmond, 365 U.S. 534, 544 (1961)). Additionally, there is no requirement that a statement be recorded in order to be admissible.

Accordingly, it is now

**ORDERED**:

Defendant Robert Powner's Motion to Suppress Statements (Doc. #268) is **DENIED**.

**DONE AND ORDERED** at Fort Myers, Florida, this ___6th___ day of August, 2010.

*/s/ John E. Steele*
JOHN E. STEELE
United States District Judge

Copies:
Counsel of Record