≋AO 442    (Rev. 05/07) Warrant for Arrest

# UNITED STATES DISTRICT COURT

_____Middle_____ District of _____Florida_____

UNITED STATES OF AMERICA

V.

Julie Becker

**WARRANT FOR ARREST**

Case Number: 2:09-cr-75-FtM-29SPC

[FILED stamp: 2015 OCT -7 AM 9:09, U.S. DISTRICT COURT, MIDDLE DISTRICT OF FLORIDA, FORT MYERS, FLORIDA]

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest _____Julie Becker_____
                                                Name

and bring her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment  ☐ Information  ☐ Complaint  ☐ Order of court
☐ Pretrial Release Violation Petition  ☐ Probation Violation Petition  ☒ Supervised Release Violation  ☐ Violation Notice

charging her with (brief description of offense)

See attached Petition.

[RECEIVED stamp: 2015 AUG 18 AM 8:45, U.S. MARSHAL, MIDDLE DIST. OF FLORIDA, FT. MYERS]

Sheryl L. Loesch
Name of Issuing Officer

Clerk, U.S. District Court
Title of Issuing Officer

[Signature] Diane ...
Signature of Issuing Officer

8/17/15  Ft. Myers
Date and Location

---

**RETURN**

This warrant was received and executed with the arrest of the above-named individual at

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| 8-16-15 | JOHN P. KINSEY | [signature] |
| DATE OF ARREST | | |
| 10-6-15 | DEPUTY U.S. MARSHAL | |